UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALAN  KREILEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-03357-JMS-MPB |
| | ) | |
| GWENDOLYN  HORTH Chair, Indiana | ) | |
| Parole Board, | ) | |
| | ) | |
| Defendants. | ) | |

**Entry**

The plaintiff's motion to compel prison staff to allow him to file grievances and to provide him with adequate law library time, dkt. [30], is **denied**. This request is essentially a request for injunctive relief, but such relief is not available to the plaintiff in this case because "[a]n injunction, like any 'enforcement action,' may be entered only against a litigant, that is, a party that has been served and is under the jurisdiction of the district court." *Maddox v. Wexford Health Sources, Inc.*, 528 Fed. Appx. 669, 672 (7th Cir. 2013). Here, the defendant is the Chair of the Indiana Parole Board, not any correctional officer or other official at the plaintiff's facility. Further, his claims regarding the grievance process and law library time are not related to his claims regarding his classification an offender against children, which are proceeding in this case. The plaintiff appears to refer to a case in the Northern District of Indiana. If he seeks relief based on a case in that court, he should file his request in that case.

**IT IS SO ORDERED.**

Date: 4/12/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

ALAN KREILEIN
871626
PENDLETON - CIF
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
PENDLETON, IN 46064