IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN KREILEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:17-cv-3357-JPH-MPB |
| | ) |
| COMMISSIONER, INDIANA | ) |
| DEPARTMENT OF CORRECTION, | ) |
| GWENDOLYN HORTH, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF TRACY BERRY

I, Tracy Berry, am an adult competent to testify who has personal knowledge of the foregoing and declare under the penalties of perjury that:

1. I am currently employed by the Indiana Department of Correction as the Director of the Indiana Sex Offender Management and Monitoring ("SOMM") Program.

2. I am aware that offender Alan Kreilein (#871626) has brought a lawsuit about whether him being labeled a Sexually Violent Predator and an Offender Against Children violate his federal due process rights and Indiana's Ex Post Facto Clause.

3. In my position as Director of the SOMM Program, I have access to the IRIS system, which is a system that stores a variety of DOC documents related to specific offenders.

4. I certify that I have reviewed Exhibit D and it is a true and accurate copy of Offender Alan Kreilein's Notice of Intent to Provide Information to Sex and Violent Offender Registry and Right to Appeal that is saved in the IRIS system.

5. I also certify that these records are kept in the regular course of business in IRIS.

Exhibit C

**I AFFIRM, UNDER THE PENALTIES OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

Date: 4-24-19

_____
Tracy Berry
SOMM Program Director
Indiana Department of Correction

Exhibit C