

# NOTICE OF INTENT TO PROVIDE INFORMATION TO SEX AND VIOLENT OFFENDER REGISTRY AND RIGHT TO APPEAL

State Form 55284 (7-13)
INDIANA DEPARTMENT OF CORRECTION

| Name of offender<br>ALAN J KREILEIN | DOC number<br>871626 | Facility<br>New Castle Correctional Facility | Housing unit<br>I1-201 |
|---|---|---|---|
| Date notice provided to offender (month, day, year)<br>1-8-15 | Time notice provided<br>1:50  ☐ AM  ☒ PM | Printed name of staff person providing notice to offender<br>A Wilburn | |

| Offender must register as:<br>X Sex Offender<br>_ Violent Offender | X Sexually Violent Predator<br>X Offender Against Children | Length of registration:<br>Life |
|---|---|---|

Qualifying offenses to be placed on Sex and Violent offender Registry
(*Include offense, cause number, state of conviction, sentence, date of sentence. Use additional sheets if necessary.*)

1. 35-42-4-2, CRIMINAL DEVIATE CONDUCT, 82D020405FB00416, INDIANA, 10957 days, 10/11/2004

**NOTICE:**

Based upon information provided to the Indiana Department of Correction (attached), it is the intent of the Department to provide this information to the appropriate authority so that your name and the accompanying information may be added to the State of Indiana Sex and Violent Offender Registry. You will be provided additional information regarding your requirement to register with the local County Sheriff and other information regarding your obligations when your release documents are prepared and presented to you shortly before your release from the Department of Correction.

**RIGHT TO APPEAL:**

Following the receipt and review of this Notice and the attached information, if you believe that any of this information is incorrect and/or this information should not be forwarded to the appropriate authority to be placed in the State of Indiana Sex and Violent Offender Registry, you may appeal the Department's intent. In order to appeal, you must send a letter (no more than two [2] pages plus attachments) to the Department of Correction explaining why this information is incorrect and/or why this information should not be forwarded to the appropriate authority. You have twenty (20) calendar days (excluding Saturdays, Sundays and state observed holidays) to mail this appeal to: Director, Registration and Victim Services, Indiana Department of Correction, 302 West Washington Street, Room E334, Indianapolis, IN 46204.
If you do not raise an issue in this manner, you will lose the right to raise it at all.

By signing below, I acknowledge that I have received this Notice and the information included with it. I also acknowledge that I understand that I have a right to appeal this Notice and the information with it. My rights and duties have been explained to me and I understand them. My signature does NOT indicate that I agree with the information or the Department of Correction's intent to forward this information to be placed on the Sex and Violent Offender Registry.

| Signature of offender<br>[signed] | DOC number<br>871626 | Date notice was received (month, day, year)<br>1/8/15 |
|---|---|---|
| Signature of staff providing notice<br>[signed Wilburn] | | Date signed (month, day, year)<br>1/8/15 |
| If offender refuses to sign or accept this Notice, signature of staff witness to this refusal to sign or accept | | Date (month, day, year) |
| Printed name of witness | Title | |

Exhibit D