UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RECEIVED

MAY 06 2019

**FILED**
1:51 pm, May 10, 2019
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

Alan Kreilein
            Plaintiff
      v.

Robert E. Carter
Gwendolyn North
            defendants,

No. 1:17-cv-3357-JPH-MPB

SCANNED at CIC and Emailed on
5/9/19 by [initials] 2 pages.
(date)    (initials)  (num)

MOTION TO COMPEL TRACY BERRY, Director of
Registration and Victim Services of the Indiana
Department of Correction to Produce Evidence
In this Cause.

Comes now Alan Kreilein, Plaintiff, pro se, asks
this court to compel Tracy Berry, who is the
IDoc's Director of Registration and Victim's
Services, who has ignored all requests for Access
to Public Records, namely copies of the letter of
Appeal as to why Alan Kreilein should not be classified
as an "offender against children" sent to that
Department within the twenty day time limit to
appeal starting on 1-8-15 excluding Saturdays and
Sundays and holidays and a copy of the denial
by that office.
      Plaintiff has requested these relevant documents
multiple times and they have been ignored and
the Plaintiff has a right to these documents
in order to prosecute this cause,

1

Plaintiff believes the IDOC is attempting to suppress this evidence in order to falsely state that the Plaintiff did not file a letter of appeal.

The Plaintiff, upon reciept of State form 55284 (7-13) on 1/8/15, immediately sent a letter of appeal and complied with the time limits set fourth in this notification.

Plaintiff, by their actions, believes the AG and defendants are attempting to cover up their actions of illegally classifying Plaintiff an "offender against children" under I.C. 35-42-4-11 by having Tracy Berry suppress this letter and its subsequent denial in order to attempt to justify the illegal classification.

So, for these reasons, I ask this court to Compel the Director to produce that letter and the denial and all relief just and proper.

Alan Kienlin

CERTIFICATE OF SERVICE
I swear I placed this document into Prison officials hands to be E filed on             2019

Alan Kienlin

2.