UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN KREILEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-03357-JPH-MPB |
| ) | |
| GWENDOLYN HORTH, *et al.* ) | |
| ) | |
| Defendants. ) | |

**ORDER DENYING MOTION TO CHANGE JUDGE**

In his motion to change judge, plaintiff Alan Kreilein asks for another judge in this Court to consider his motion to reconsider. That motion is understood to be a motion to recuse.

28 U.S.C. § 455 requires a federal judge to recuse himself in two situations. Pursuant to § 455(a), a judge must disqualify himself "in any proceeding in which his impartiality might reasonably be questioned." "The standard in any case for a § 455(a) recusal is whether the judge's impartiality could be questioned by a reasonable, well-informed observer." *In re Hatcher*, 150 F.3d 631, 637 (7th Cir. 1998). In *Hook v. McDade*, 89 F.3d 350, 354 (7th Cir. 1996), the court stated that § 455(a) "asks whether a reasonable person perceives a significant risk that the judge will resolve the case on a basis other than the merits. This is an objective inquiry."

Pursuant to § 455(b)(1), a judge must recuse himself if he "has a personal bias or prejudice concerning a party." To disqualify a judge under this provision, the party must prove bias "by compelling evidence" and "[t]he bias or prejudice must be grounded in some personal animus or malice that the judge harbors . . . of a kind that a fair-minded person could not entirely set aside when judging certain persons or causes." *Grove Fresh Distribs., Inc. v. John Labatt, Ltd.*, 299 F.3d 635, 640 (7th Cir. 2002) (internal quotation marks omitted).

1

Mr. Kreilein's motion satisfies none of these requirements. Accordingly, the motion to change judge, dkt. [150], is **DENIED**. The Court will consider Mr. Kreilein's motion to reconsider separately.

**SO ORDERED.**

Date: 7/20/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ALAN KREILEIN
871626
PENDLETON - CORRECTIONAL INDUSTRIAL FACILITY
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
PENDLETON, IN 46064

Archer Riddick Randall Rose
INDIANA ATTORNEY GENERAL
archer.rose@atg.in.gov