UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN KREILEIN, | ) |
|         Plaintiff, | ) |
| v. | )   No. 1:17-cv-03357-JPH-MPB |
| GWENDOLYN HORTH, et al. | ) |
|         Defendants. | ) |

### Order

Plaintiff Alan Kreilein has filed two motions to reconsider the judgment in this case. At the same time he filed his first motion to reconsider, he filed a notice of appeal. Dkt. 151, 152. Mr. Kreilein's appeal is currently pending.

The Seventh Circuit has stated:

> [A] federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously. The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.

*Kusay v. United States,* 62 F.3d 192, 193 (7th Cir.1995) (*quoting Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982)). Thus, this Court does not have jurisdiction to consider Mr. Kreilein's motions to reconsider and those motions, dkt. [151], and dkt. [164], is **dismissed** for lack of jurisdiction.

**SO ORDERED.**

Date: 10/9/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

ALAN KREILEIN
871626
PENDLETON - CORRECTIONAL INDUSTRIAL FACILITY
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
PENDLETON, IN 46064

Archer Riddick Randall Rose
INDIANA ATTORNEY GENERAL
archer.rose@atg.in.gov